IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANK LEYTE-VIDAL, as Next Friend of His Minor Daughter K.L.V., <br><br>       Plaintiff, <br><br> vs. <br><br> HILTON MANAGEMENT, LLC, dba Hilton Waikoloa Village, <br><br>       Defendant. <br> _____ | ) CIVIL NO.  15-00169 DKW-KJM <br> ) <br> ) FINDINGS AND <br> ) RECOMMENDATION TO GRANT <br> ) PLAINTIFF'S MOTION FOR <br> ) APPROVAL OF SETTLEMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FINDINGS AND RECOMMENDATION TO GRANT
PLAINTIFF'S MOTION FOR APPROVAL OF SETTLEMENT

Having reviewed [36] Plaintiff's Motion for Approval of Settlement and [38] Defendant Hilton Management LLC's Statement of No Opposition, the Court hereby FINDS and RECOMMENDS that the district court: (a) APPROVE this settlement as being in the best interest of Plaintiff's minor daughter, (b) AUTHORIZE Plaintiff to use the settlement proceeds to pay for her further medical care in scar revision, (c) AUTHORIZE AND DIRECT Plaintiff that in the event there are any settlement funds remaining after the scar revision, that those funds shall be deposited for her in a federally insured, interest-bearing account to

be held for her until she reaches the age of majority, and (d) DISMISS this case with prejudice in accordance with the foregoing terms.

  IT IS SO FOUND and RECOMMENDED.

  DATED: Honolulu, Hawaiʻi, September 29, 2016.



          /S/ Kenneth J. Mansfield
          Kenneth J. Mansfield
          United States Magistrate Judge

CV 15-00169 DKW-KJM; *Leyte-Vidal v. Hilton Management, LLC*; Findings and Recommendation to Grant Plaintiff's Motion for Approval of Settlement