IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANK LEYTE-VIDAL, as Next Friend of His Minor Daughter K.L.V., | ) ) ) | CIVIL NO. 15-00169 DKW-KJM |
| | ) | ORDER ADOPTING |
| Plaintiffs, | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATION |
| | ) | |
| HILTON MANAGEMENT, LLC, dba Hilton Waikoloa Village, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 29, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

///

///

Recommendation to Grant Plaintiff's Motion for Approval of Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 18, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Frank Leyte-Vidal vs. Hilton Management, LLC*; Civil No. 15-169 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**